# EXHIBIT C

**DISBURSEMENT SUMMARY – TIM BARTON**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 03/03/2017 | $1500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 03/07/2017 | $579.00 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 03/15/2017 | $22,062.80 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 03/15/2017 | $5,109.78 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/10/2017 | $1,753.42 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 04/10/2017 | $1,115.35 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/13/2017 | $23.31 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 04/26/2017 | $3,500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/11/2017 | $1,158.77 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/15/2017 | $1,302.30 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/18/2017 | $6,695.26 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/29/2017 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/07/2017 | $180.00 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 09/22/2017 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 10/26/2017 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/29/2017 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/02/2018 | $3,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/30/2018 | $3,666.54 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 02/26/2018 | $752.60 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 03/21/2018 | $2,929.03 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 03/21/2018 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/25/2018 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |

| Date | Amount | Type | From | To |
|---|---|---|---|---|
| 04/25/2018 | $1,500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/08/2018 | $1,000.00 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 05/29/2018 | $3,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/29/2018 | $2,183.68 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/29/2018 | $1,495.92 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 06/08/2018 | $2,118.57 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/26/2018 | $5,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/10/2018 | $6,500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/30/2018 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/13/2018 | $4,099.66 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/29/2018 | $3,504.89 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 08/29/2018 | $1,500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/05/2018 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/07/2018 | $30,000.00 | Wire | Wall016 LLC | Timothy (Tim) Barton |
| 10/09/2018 | $6,741.89 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 10/12/2018 | $7,728.55 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/07/2018 | $4,721.90 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/07/2018 | $11.16 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 11/30/2018 | $1,334.05 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 12/31/2018 | $1,684.29 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/29/2019 | $9,878.73 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 02/05/2019 | $1,267.58 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 03/11/2019 | $2,661.50 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/19/2019 | $3,006.44 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/23/2019 | $56.76 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |

| Date | Amount | Type | From | To |
|---|---|---|---|---|
| 05/06/2019 | $1,402.84 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/21/2019 | $56.90 | Wire | JMJ Development LLC | Chase Card Services fbo Timothy (Tim) Barton |
| 06/12/2019 | $1,823.36 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/15/2019 | $3,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/07/2019 | $5,816.47 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/18/2019 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/21/2020 | $148.25 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/21/2020 | $110.48 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/08/2020 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/16/2020 | $5,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/16/2020 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/03/2020 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/03/2020 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/14/2020 | $14,585.28 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/14/2020 | $8,938.25 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/15/2020 | $1,500.00 | Wire | JMJ Development LLC | Wells Fargo Card fbo Timothy (Tim) Barton |
| 07/27/2020 | $23,575.75 | Wire | JMJ Development LLC | Wells Fargo Card fbo Timothy (Tim) Barton |
| 08/10/2020 | $4,923.06 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/10/2020 | $58.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/21/2020 | $100,000.00 | Wire | JMJ Development LLC | Timothy (Tim) Barton |
| 09/02/2020 | $1,384.48 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 10/02/2020 | $29.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 10/30/2020 | $1,000.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 11/02/2020 | $29.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/03/2020 | $1,000.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |

| Date | Amount | Method | From | To |
|---|---|---|---|---|
| 11/04/2020 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/04/2020 | $525.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 12/04/2020 | $299.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 12/29/2020 | $500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/08/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/08/2021 | $333.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 01/11/2021 | $400.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 02/04/2021 | $365.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 02/08/2021 | $400.04 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 02/08/2021 | $370.85 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 03/03/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 03/19/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 03/19/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/06/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/22/2021 | $700.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 04/28/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 04/28/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/19/2021 | $1,000.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 05/25/2021 | $371.32 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/14/2021 | $1,000.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 06/15/2021 | $485.51 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/16/2021 | $385.19 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/18/2021 | $1,000.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 06/21/2021 | $6,531.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 06/25/2021 | $5,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |

| Date | Amount | Type | From | To |
|---|---|---|---|---|
| 07/02/2021 | $1,579.00 | Wire | Carnegie Development LLC | Homeowner's Insurance fbo Timothy (Tim) Barton |
| 07/08/2021 | $500.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 07/12/2021 | $244.67 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/20/2021 | $71,000.00 | Wire | JMJ Development LLC | Timothy (Tim) Barton |
| 08/04/2021 | $500.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 08/12/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/12/2021 | $192.55 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/03/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/08/2021 | $453.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 09/15/2021 | $306.28 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 10/06/2021 | $5,500.00 | Wire | Lajolla Construction Management LLC | Citi Card fbo Timothy (Tim) Barton |
| 10/12/2021 | $1,500.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 10/15/2021 | $1,500.00 | Wire | Lajolla Construction Management LLC | Citi Card fbo Timothy (Tim) Barton |
| 10/19/2021 | $2,000.00 | Wire | Lajolla Construction Management LLC | Citi Card fbo Timothy (Tim) Barton |
| 10/19/2021 | $500.00 | Wire | Lajolla Construction Management LLC | Citi Card fbo Timothy (Tim) Barton |
| 10/19/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 10/19/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 10/27/2021 | $1,500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/02/2021 | $1,000.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 11/04/2021 | $1,000.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 11/15/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/18/2021 | $1,500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/22/2021 | $1,008.28 | Check | JMJ Development LLC | Timothy (Tim) Barton |
| 11/24/2021 | $393.04 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 11/26/2021 | $1,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 12/01/2021 | $2.000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |

| Date | Amount | Type | From | To |
|---|---|---|---|---|
| 12/02/2021 | $1,000.00 | Check | JMJ Development LLC | Timothy (Tim) Barton |
| 12/06/2021 | $2,000.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 12/06/2021 | $1,500.00 | Wire | JMJ Development LLC | Barclay Card fbo Timothy (Tim) Barton |
| 12/08/2021 | $436.00 | Wire | JMJ Development LLC | Capital One fbo Timothy (Tim) Barton |
| 12/13/2021 | $4,000.00 | Wire | Lajolla Construction Management LLC | Barclay Card fbo Timothy (Tim) Barton |
| 12/13/2021 | $3,000.00 | Wire | Lajolla Construction Management LLC | Citi Card fbo Timothy (Tim) Barton |
| 12/22/2021 | $3,000.00 | Wire | JMJ Residential LLC | Citi Card fbo Timothy (Tim) Barton |
| 12/22/2021 | $2,000.00 | Wire | JMJ Residential LLC | Timothy (Tim) Barton |
| 12/23/2021 | $5,000.00 | Wire | JMJ Residential LLC | Citi Card fbo Timothy (Tim) Barton |
| 12/23/2021 | $2,000.00 | Wire | JMJ Residential LLC | Barclay Card fbo Timothy (Tim) Barton |
| 12/31/2021 | $18,795.61 | Wire | JMJ Residential LLC | Timothy (Tim) Barton |
| 01/03/2022 | $16,277.28 | Wire | JMJ Residential LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/03/2022 | $15,473.78 | Wire | JMJ Residential LLC | Citi Card fbo Timothy (Tim) Barton |
| 01/03/2022 | $11,747.46 | Wire | JMJ Residential LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/03/2022 | $1,804.88 | Wire | JMJ Residential LLC | Discover Card fbo Timothy (Tim) Barton |
| 01/06/2022 | $575.33 | Wire | JMJ Residential LLC | Citi Card fbo Timothy (Tim) Barton |
| 01/18/2022 | $4,419.74 | Wire | JMJ Residential LLC | Barclay Card fbo Timothy (Tim) Barton |
| 01/19/2022 | $1,454.88 | Check | Broadview Holdings | Timothy (Tim) Barton |
| 01/19/2022 | $500.00 | Check | Broadview Holdings | Timothy (Tim) Barton |
| 01/19/2022 | $500.00 | Check | Broadview Holdings | Timothy (Tim) Barton |
| 01/19/2022 | $40.00 | Check | Broadview Holdings | Timothy (Tim) Barton |
| 01/26/2022 | $73.61 | Check | Broadview Holdings | Timothy (Tim) Barton |
| 02/09/2022 | $1,200.00 | Wire | JMJ Residential LLC | Timothy (Tim) Barton |
| 02/22/2022 | $4,075.28 | Check | JMJ VC Management | Timothy (Tim) Barton |
| 02/23/2022 | $7,228.00 | Wire | Ridgeview Addition LLC | Weblife Stores, LLC fbo Timothy (Tim) Barton |
| 02/23/2022 | $0.54 | Wire | Ridgeview Addition LLC | Weblife Stores, LLC fbo Timothy (Tim) Barton |
| 04/11/2022 | $203.00 | Check | Goldmark Hospitality LLC | Timothy (Tim) Barton |
| 04/12/2022 | $2,000.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 05/31/2022 | $2,000.00 | Check | Goldmark Hospitality LLC | Timothy (Tim) Barton |
| 06/01/2022 | $2,000.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |

| Date | Amount | Type | From | To |
|---|---|---|---|---|
| 07/18/2022 | $1,500.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/22/2022 | $600.00 | Wire | Goldmark Hospitality LLC | American Express fbo Timothy (Tim) Barton |
| 07/22/2022 | $300.00 | Wire | Goldmark Hospitality LLC | American Express fbo Timothy (Tim) Barton |
| 07/25/2022 | $500.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 07/27/2022 | $300.00 | Wire | SF Rock Creek LLC | American Express fbo Timothy (Tim) Barton |
| 08/04/2022 | $400.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/08/2022 | $2,000.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/09/2022 | $989.49 | Wire | Goldmark Hospitality LLC | American Express fbo Timothy (Tim) Barton |
| 08/15/2022 | $2,000.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 08/15/2022 | $900.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/08/2022 | $1,200.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/08/2022 | $1,200.00 | Wire | Goldmark Hospitality LLC | Barclay Card fbo Timothy (Tim) Barton |
| 09/16/2022 | $2,730.72 | Check | Broadview Holdings | Timothy (Tim) Barton |
| 10/07/2022 | $75,000.00 | Wire | Broadview Holdings | Timothy (Tim) Barton |
| **TOTAL** | **$680,473.18** | | | |