# EXHIBIT G

**DISBURSEMENT SUMMARY – VICTORIA BARTON/ V STRATEGIES**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 11/05/2018 | $3,611.40 | Wire | JMJ Development, LLC | Citi Card fbo Victoria Barton |
| 11/06/2018 | $3,827.63 | Wire | JMJ Development, LLC | Comenity fbo Victoria Barton |
| 05/17/2021 | $1,021.60 | Check | JMJ Development LLC | Victoria Barton |
| 05/21/2021 | $3,500.00 | Check | JMJ Development LLC | Victoria Barton |
| 06/16/2021 | $6,000.00 | Check | HR Sterling LLC | Victoria Barton |
| 05/28/2021 | $3,000.00 | Check | JMJ Development, LLC | V Strategies |
| 10/14/2021 | $2,000.00 | Wire | Goldmark Hospitality, LLC | V Strategies |
| 10/29/2021 | $3,500.00 | Wire | Goldmark Hospitality LLC | Victoria Barton |
| 11/17/2021 | $1,558.37 | Wire | JMJ Development, LLC | Citi Card fbo Victoria Barton |
| 06/16/2022 | $1,500.00 | Check | Broadview Holdings | Victoria Barton |
| **TOTAL** | **$29,519.00** | | | |