# EXHIBIT H

**DISBURSEMENT SUMMARY – MAXIMILIEN BARTON**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 10/15/2019 | $2,000.00 | Check | JMJ Development LLC | Maximilien Barton |
| 07/06/2020 | $1,084.78 | Check | JMJ Development LLC | Maximilien Barton |
| 08/03/2020 | $1,663.74 | Check | JMJ Development LLC | Maximilien Barton |
| 09/21/2020 | $649.44 | Check | JM Development LLC | Maximilien Barton |
| 09/21/2020 | $114.44 | Check | Goldmark Hospitality LLC | Maximilien Barton |
| 10/23/2020 | $2,197.57 | Check | JMJ Development LLC | Maximilien Barton |
| 10/23/2020 | $671.66 | Check | Goldmark Hospitality LLC | Maximilien Barton |
| 10/23/2020 | $640.20 | Check | JMJ Development LLC | Maximilien Barton |
| 10/23/2020 | $589.52 | Check | JMJ Development LLC | Maximilien Barton |
| 12/03/2020 | $4,133.67 | Check | JMJ Development LLC | Maximilien Barton |
| 12/21/2020 | $115.20 | Check | Goldmark Hospitality LLC | Maximilien Barton |
| 01/07/2021 | $4,016.83 | Check | JMJ Development LLC | Maximilien Barton |
| 06/15/2021 | $1,250.00 | Check | HR Sterling LLC | Maximilien Barton |
| 09/01/2021 | $1,388.77 | Check | HR Sterling LLC | Maximilien Barton |
| 02/18/2022 | $13,295.53 | Check | Broadview Holdings | Maximilien Barton |
| 03/28/2022 | $5,309.83 | Check | Broadview Holdings | Maximilien Barton |
| 05/19/2022 | $6,448.93 | Check | Broadview Holdings | Maximilien Barton |
| 08/01/2022 | $6,000.00 | Check | Broadview Holdings | Maximilien Barton |
| 08/29/2022 | $6,043.12 | Check | Broadview Holdings | Maximilien Barton |
| 09/23/2022 | $5,259.47 | Check | Broadview Holdings | Maximilien Barton |
| **TOTAL** | **$62,872.70** | | | |