# EXHIBIT J

## **DISBURSEMENT SUMMARY**

## **SADA CUMBER/PLUMBROOK GLOBAL CONSULTING**

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 02/15/2019 | $40,000.00 | Wire | JMJ Development LLC | Plumbrook Global Consulting |
| 02/28/2019 | $83,333.33 | Wire | JMJ Development LLC | Plumbrook Global Consulting |
| 05/17/2019 | $25,000.00 | Wire | JMJ Development LLC | Plumbrook Global Consulting |
| 06/11/2019 | $83,333.33 | Wire | JMJ Development LLC | Plumbrook Global Consulting |
| 08/06/2019 | $9,925.60 | Check | JMJ Development LLC | Sada Cumber |
| 08/23/2019 | $707.98 | Check | JMJ Development LLC | Sada Cumber |
| 09/06/2019 | $83,333.33 | Wire | JMJ Development LLC | Plumbrook Global Consulting |
| 10/31/2019 | $517.49 | Check | JMJ Development LLC | Sada Cumber |
| 11/22/2019 | $83,333.33 | Wire | JMJ Development LLC | Plumbrook Global Consulting |
| 01/29/2020 | $12,000.00 | Check | JMJ Development LLC | Plumbrook Global Consulting |
| 02/03/2020 | $100,000.00 | Wire | JMJ Development LLC | Plumbrook Global Consulting |
| 03/05/2020 | $283.40 | Check | JMJ Development LLC | Sada Cumber |
| **TOTAL** | **$521,767.79** | | | |