# EXHIBIT K

## DISBURSEMENT SUMMARY

## MURUGAN VENKAT AND BROWARD ACCOUNTANTS

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 09/06/2018 | $1,917.08 | Check | JMJ Development LLC | Broward Accountants |
| 09/06/2018 | $1,901.60 | Check | JMJ Development LLC | Broward Accountants |
| 10/09/2018 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 11/07/2018 | $1,981.81 | Check | JMJ Development LLC | Broward Accountants |
| 11/07/2018 | $764.91 | Check | JMJ Development LLC | Broward Accountants |
| 11/14/2018 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 12/03/2018 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 12/11/2018 | $1,421.51 | Check | JMJ Development LLC | Broward Accountants |
| 12/31/2018 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 01/02/2019 | $5,000.00 | Check | JMJ Development LLC | Broward Accountants |
| 01/18/2019 | $3,719.97 | Check | JMJ Development LLC | Broward Accountants |
| 01/18/2019 | $839.29 | Check | JMJ Development LLC | Broward Accountants |
| 02/14/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 02/14/2019 | $702.71 | Check | JMJ Development LLC | Murugan Venkat |
| 03/01/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 04/01/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 04/12/2019 | $3.144.20 | Check | JMJ Development LLC | Murugan Venkat |
| 05/06/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 05/20/2019 | $1,796.43 | Check | JMJ Development LLC | Murugan Venkat |
| 06/04/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 07/01/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 08/02/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 08/07/2019 | $764.88 | Check | JMJ Development LLC | Murugan Venkat |
| 08/21/2019 | $1,438.43 | Check | JMJ Development LLC | Murugan Venkat |
| 08/30/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 09/13/2019 | $2,606.14 | Check | JMJ Development LLC | Murugan Venkat |
| 10/01/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 10/08/2019 | $1,276.57 | Check | JMJ Development LLC | Murugan Venkat |
| 11/01/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 12/03/2019 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 01/02/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 02/10/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 03/03/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 04/06/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 05/04/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 06/10/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 06/10/2020 | $8,055.53 | Check | JMJ Development LLC | Murugan Venkat |
| 07/10/2020 | $4,405.39 | Check | JMJ Development LLC | Broward Accountants |
| 08/07/2020 | $7,500.00 | Check | JMJKH LLC | Broward Accountants |
| 10/20/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 11/09/2020 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 01/19/2021 | $19,703.85 | Wire | JMJ Development LLC | Broward Accountants |

| | | | | |
|---|---|---|---|---|
| 02/04/2021 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 06/17/2021 | $7,500.00 | Check | JMJ Development LLC | Broward Accountants |
| 01/18/2022 | $100,000.00 | Wire | Broadview Holdings | Broward Accountants |
| 02/01/2022 | $10,000.00 | Wire | JMJ VC Management | Broward Accountants |
| 04/19/2022 | $30,000.00 | Wire | Broadview Holdings | Broward Accountants |
| **TOTAL** | **$393,296.10** | | | |