# EXHIBIT F

## DISBURSEMENT SUMMARY – SASKYA BEDOYA

| Date of Transaction | Amount | Manner | Payor | Payee |
|---|---|---|---|---|
| 01/11/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/27/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/13/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/27/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/08/2017 | $972.10 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 03/10/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/30/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/13/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/27/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/11/2017 | $500.00 | Check | Goldmark Hospitality LLC | Saskya Bedoya (Zuniga) |
| 05/11/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/30/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/13/2017 | $500.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 06/15/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/28/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/12/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/28/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/14/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/30/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/14/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/28/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/13/2017 | $2,247.40 | Check | HR Sterling LLC | Saskya Bedoya (Zuniga) |
| 10/30/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/07/2017 | $500.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 11/14/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/29/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/06/2017 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 12/14/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/29/2017 | $2,247.40 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/29/2017 | $11,258.32 | Check | HR Sterling LLC | Saskya Bedoya (Zuniga) |
| 01/12/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/23/2018 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 01/31/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/14/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/27/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/13/2018 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 03/15/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/29/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/12/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/30/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/15/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/31/2018 | $2,281.54 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/19/2018 | $2,155.63 | Wire | HR Sterling LLC | Saskya Bedoya |

| 06/19/2018 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
|---|---|---|---|---|
| 06/29/2018 | $2,155.62 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/16/2018 | $2,155.64 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/31/2018 | $2,176.37 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/06/2018 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 08/15/2018 | $2,176.38 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/30/2018 | $2,176.37 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/13/2018 | $2,176.39 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/28/2018 | $2,176.37 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/15/2018 | $2,176.38 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/31/2018 | $2,176.37 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/05/2018 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 11/15/2018 | $2,176.38 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/30/2018 | $2,176.38 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/14/2018 | $2,176.38 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/31/2018 | $2,176.38 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/31/2018 | $13,081.58 | Check | HR Sterling LLC | Saskya Bedoya (Zuniga) |
| 01/15/2019 | $2,179.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/31/2019 | $2,179.27 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/15/2019 | $2,179.29 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/28/2019 | $2,179.27 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/15/2019 | $2,179.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/29/2019 | $2,179.27 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/15/2019 | $2,179.29 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/30/2019 | $2,179.27 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/15/2019 | $2,179.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/31/2019 | $2,459.73 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/14/2019 | $2,459.74 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/28/2019 | $2,459.73 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/15/2019 | $2,459.74 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/31/2019 | $2,459.73 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/15/2019 | $2,459.74 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/30/2019 | $2,459.73 | Check | HR Sterling LLC | Saskya Bedoya (Zuniga) |
| 09/13/2019 | $2,459.74 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/30/2019 | $2,459.73 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/16/2019 | $2,459.74 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/31/2019 | $2,554.59 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/12/2019 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 11/15/2019 | $2,153.43 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/29/2019 | $2,554.59 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/13/2019 | $2,153.43 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/19/2019 | $3,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 12/31/2019 | $2,153.42 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/15/2020 | $2,554.59 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/21/2020 | $1,000.00 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 01/31/2020 | $2,554.60 | Wire | HR Sterling, LLC | Saskya Bedoya |
| 02/14/2020 | $2,156.27 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/28/2020 | $2,554.60 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/17/2020 | $2,554.59 | Wire | HR Sterling LLC | Saskya Bedoya |

| 04/14/2020 | $2,156.28 | Wire | HR Sterling LLC | Saskya Bedoya |
|---|---|---|---|---|
| 04/16/2020 | $2,156.27 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/01/2020 | $2,156.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/15/2020 | $2,497.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/29/2020 | $2,497.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/15/2020 | $2,497.29 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/30/2020 | $2,497.29 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/15/2020 | $2,497.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/17/2020 | $21,175.58 | Wire | D4AVEG LLC | Saskya Bedoya (Zuniga) |
| 07/17/2020 | $267.84 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 07/31/2020 | $2,497.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/14/2020 | $2,497.29 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/31/2020 | $2,497.28 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/15/2020 | $2,613.03 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/25/2020 | $139,300.00 | Withdrawal | D4FR LLC | Saskya Bedoya (Zuniga) |
| 09/30/2020 | $2,613.04 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/15/2020 | $2,613.04 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/16/2020 | $1,306.52 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/16/2020 | $1,306.52 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/30/2020 | $1,306.52 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/30/2020 | $1,306.51 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/13/2020 | $1,306.52 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/13/2020 | $1,306.51 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/30/2020 | $1,306.51 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/15/2020 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/15/2020 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/31/2020 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/31/2020 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/08/2021 | $199.83 | Check | JMJ Development LLC | Saskya Bedoya (Zuniga) |
| 06/15/2021 | $2,733.49 | Check | HR Sterling LLC | Saskya Bedoya (Zuniga) |
| 06/30/2021 | $1,366.75 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/30/2021 | $1,366.75 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/15/2021 | $1,366.64 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/15/2021 | $1,366.64 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/02/2021 | $1,366.65 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/02/2021 | $1,366.64 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/16/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/16/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/02/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/02/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/16/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/16/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/30/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/30/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/30/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/30/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/15/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/15/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/15/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |

| | | | | |
|---|---|---|---|---|
| 10/15/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/29/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/29/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/15/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/15/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/30/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 11/30/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/15/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/15/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/15/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/15/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/29/2021 | $1,000.00 | Wire | JMJ Residential LLC | Saskya Bedoya (Zuniga) |
| 12/31/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/31/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/31/2021 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 12/31/2021 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/14/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/14/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 01/31/2022 | $1,000.00 | Wire | JMJ Residential LLC | Saskya Bedoya (Zuniga) |
| 02/10/2022 | $1,000.00 | Wire | JMJ Residential LLC | Saskya Bedoya (Zuniga) |
| 02/15/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/15/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/28/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 02/28/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/15/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/15/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 03/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/15/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 04/15/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/02/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/02/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/13/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/13/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 05/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/15/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 06/15/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 07/19/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/01/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/01/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/01/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/01/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/19/2022 | $4,238.00 | Check | Broadview Holdings | Saskya Bedoya (Zuniga) |
| 08/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 08/31/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/02/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |

| 09/02/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
|---|---|---|---|---|
| 09/15/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 09/15/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/04/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/04/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/18/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/18/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/31/2022 | $1,489.15 | Wire | HR Sterling LLC | Saskya Bedoya |
| 10/31/2022 | $1,489.14 | Wire | HR Sterling LLC | Saskya Bedoya |
| **TOTAL** | **$541,402.86** | | | |