**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION**

| | | |
|---|---|---|
| **CORT THOMAS, as the Receiver,** *Plaintiff,* | § § § | |
| **v.** | § | **3:24-cv-00612-X** |
| **HAOQIANG FU (a/k/a Michael Fu), et al.,** *Defendants.* | § § § | |

**DEFENDANTS VICTORIA, MAXIMILIEN, AND MARTINE BARTON'S NOTICE OF ERRATA**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendants Victoria L. Barton, Maximilien E. Barton, and Martine G. Barton file this Notice of Errata concerning their *Motion to Lift Stay and Reopen, Alternatively, Motion to Lift Stay and Sever Action* noting the non-substantive errors and related corrections below:

a. ECF No. 12 at 2, ¶4: Defendants stated that Victoria was Timothy Barton's ex-wife. Victoria is Timothy Barton's daughter. Martine is Timothy's ex-wife.

b. ECF No. 12 at 3, ¶2: Defendants stated that Victoria provided consulting services for JMJ Development under a written agreement with a one-year term. Defendants inadvertently left out the later fact that Victoria and JMJ Development mutually terminated that agreement after nine months.

c. ECF No. 12 at 7, ¶2: Defendants stated that Receiver Thomas believed that Timothy and Martine were still married when the suit was filed. Defendants withdraw this statement.

Respectfully submitted on March 31, 2025,

*/s/Warren V. Norred*
Warren V. Norred; TBN 24045094
NORRED LAW, PLLC; 515 E. Border Street, Arlington, TX 76010
(817) 704-3984 (Telephone), (817) 524-6686 (Fax)
warren@norredlaw.com
*Attorney for Defendants Victoria, Maximilien, and Martine Barton*

**CERTIFICATE OF SERVICE –** I hereby certify that the foregoing motion was served upon all parties of record via the Court's electronic filing system on March 31, 2025.

*/s/ Warren V. Norred*
Warren V. Norred