UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CORT THOMAS, as the Receiver for           §
Carnegie Development, LLC et al.,          §
                                           §
       *Plaintiff*,                        §
                                           §
                                           §
v.                                         §        Cause No. 3:24-CV-0612-X
                                           §
HAOQIANG FU a/k/a Michael Fu et al.,       §
       *Defendants*.                       §
                                           §

**ORDER SEVERING CLAIMS AGAINST MARTINE,
MAXIMILIEN, AND VICTORIA BARTON**

The Court stayed the above-styled case because of a pending appeal in a related case.

Defendants Martine, Maximilien, and Victoria Barton (the Family Defendants) now ask the Court

to lift the stay and reopen the case or sever their claims from the case and lift the stay as to them

alone. (Doc. 12). Cort Thomas is not opposed to severing the Family Defendants into a separate

case so they may move to dismiss without lifting the stay for all the other defendants in this case.

The Court therefore **GRANTS** the Family Defendants' motion and **ORDERS**:

1. Thomas's claims against Martine, Maximilien, and Victoria Barton shall continue
   together in a new action.

2. In the new civil action, the Court **DIRECTS** the Clerk of Court to file a copy of each
   of the docket entries in the above-styled case. The new civil action will be directly
   assigned to District Judge Brantley Starr and Magistrate Judge Toliver.

1

3. All of Thomas's claims against defendants other than the Family Defendants shall continue under this cause number, 3:24-cv-0612-x.

**IT IS SO ORDERED**, this 15th day of April, 2025.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE