**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al,** | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **No. 3:24-cv-00612-X** |
| **HAOQIANG FU (A/K/A MICHAEL FU), PIC CONSULTANT, LLC, SILVERLAND FINANCE LIMITED, STEPHEN T. WALL, CARNEGIE HOMES, LLC, SASKYA BEDOYA ZUNIGA, TIMOTHY L. BARTON, VICTORIA L. BARTON, V STRATEGIES, LLC, MAXIMILIEN E. BARTON, MARTINE G. BARTON, SADA CUMBER, INDIVIDUALLY AND DBA PLUMBROOK GLOBAL CONSULTING COMPANY, MURUGAN VENKATACHALAM, INDIVIDUALLY AND DBA BROWARD ACCOUNTANTS,** | § | |
| ***Defendants*.** | § | |

**ORDER GRANTING MOTION TO WITHDRAW**

Before the Court is Timothy B. Wells' Motion to Withdraw as Counsel of Record. After consideration, the Motion is **GRANTED**.

It is therefore ORDERED that Timothy B. Wells is **WITHDRAWN** as an attorney of record for Receiver Cortney C. Thomas.

IT IS SO ORDERED this ____ day of ________________, 2025.

____________________________________
HON. BRANTLEY STARR
UNITED STATES DISTRICT JUDGE