**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CORT THOMAS, as the Receiver for Carnegie Development, LLC, et al.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:24-cv-00612-X** |
| | § | |
| **HAOQIANG FU (A/K/A MICHAEL FU), PIC CONSULTANT, LLC, SILVERLAND FINANCE LIMITED, STEPHEN T. WALL, CARNEGIE HOMES, LLC, SASKYA BEDOYA ZUNIGA, TIMOTHY L. BARTON, VICTORIA L. BARTON, V STRATEGIES, LLC, MAXIMILIEN E. BARTON, MARTINE G. BARTON, SADA CUMBER, INDIVIDUALLY AND DBA PLUMBROOK GLOBAL CONSULTING COMPANY, MURUGAN VENKATACHALAM, INDIVIDUALLY AND DBA BROWARD ACCOUNTANTS** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE**

By this notice, Timothy B. Wells of the law firm of Brown Fox PLLC appears as counsel of record for Receiver Cortney C. Thomas in the above-captioned and numbered cause. For the duration of the matter, please provide and serve copies of all notices and pleadings given or required to be given, and all papers served or required to be served to the following counsel at the address indicated:

Timothy B. Wells
State Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
306 W. 7th Street, Suite 1000
Fort Worth, TX 76102
T: (817) 857-2140
F: (214) 327-5001

Mr. Wells is a Texas attorney in good standing, who is currently admitted to practice before the United States District Court for the Northern District of Texas.

Respectfully submitted,

By: */s/ Timothy B. Wells*

Timothy B. Wells
Texas Bar No. 24131941
tim@brownfoxlaw.com
BROWN FOX PLLC
306 W. 7th Street, Suite 1000
Fort Worth, TX 76102
T: (817) 857-2140
F: (214) 327-5001

*Attorneys for Receiver Cortney C. Thomas*

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary, because this document is being filed with the Court's electronic-filing system.